**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| INSTALLED BUILDING PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARDS, et al.,<br><br>Defendants. | CASE NO. 1:25-CV-281-HAB-ALT |

**OPINION AND ORDER**

Plaintiff Installed Building Products, Inc., along with Defendants Michael Richards and Bradley Overhead Door, Inc., have filed a stipulation of dismissal of Plaintiff's complaint, with prejudice. (ECF 67). The stipulation was properly filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties have also filed a joint motion (ECF 68) to dissolve the agreed order on Plaintiff's motion for temporary restraining order and preliminary injunction that the Court had entered in this case on March 16, 2026. (ECF 54).

Because the parties have settled this case, filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii), and jointly moved for the dissolution of the order at ECF 54 the Court:

(1) GRANTS the Joint Motion to Dissolve Agreed Order (ECF 68);

(2) DISSOLVES the Agreed Order entered on March 16, 2026 (ECF 54); and

(3) DISMISSES this case with prejudice.

**SO ORDERED** on November 9, 2026.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT